Christopher A. Prine
Clerk of the Court of Appeals First District
301 Fannin Street Houdton, Texas 77002-2066
713 274 -2700      Fax 713 755 8131

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 18 2015

CHRISTOPHER A. PRINE

CLERK _____

From   Aleksander Borisov   US Senior Citizen   Old 87
10909 Fondren Rd 5501       Houston TX 77096
mobile 832 484 0304   E-mail   borisov1927@gmail.com

Re:   01-15-00522-CV,   DOCKET NO 1041858, COUNTY CIVIL COURT AT LAW Four (4)
Style: Aleksander Borisov v.   Clerk of Small Claim Court,   Plaintiff's notice of Appeal.

Dear Mr. Christopher A. Prine :

**There are the written explanation my notice of appeal.**

That my case NO1041858 no more acted I have known at 6/2/15 from the clerk's of County Court # 4 warning, although before at 5/28/2015 I, by approval the Director-County Civil Courts at Law, was filing my case in next, sixth, main option style: Aleksander Borisov v. Clerk of Small Claim Court of KERRY LEA KEELS.

As response from this warning was my notice of appeal signed at 6/5/15. But the reason of this warning was the Judgment against my case in fifth option style:  Aleksander Borisov v. KERRY LEA KEELS, that the Judge was signed at 5/5/2015  in time  long before, payng attention on defendant's fraud.

There was the problem either the appeal  or complaint . I, caused the clerk's promise no fee, prefer the appeal against this Judgment in hope, that the appeal will  stimulated this case, in sixth, main option, to continue it to finish.

On 6/8/15  my notice of appeal come to First Court of appeals . You as Clerk  informed me that the fee for appeal is in amount of $195.00  in term for 20 days.    In fear that the cause of appeal was represented inexactly I, as a appellant on 6/23/15 have filed for you detail explanation all circumstances of the notice of appeal, paying attention on the debt and a defendant's criminal accusation, as  A FRAUD TO THE JUDGE  AND PROVOKED BY DEFENDANT FROM  JUDGE RUSS RIDGWAY THE PUBLIC INSULT  BY PRECENCE MORE THEN 50 PEOPLE AGAINST ME THE  ELDERLY .

After  receiving the letter from  First Court of Appeals  with the fee and the term sent at 6/8/I have received the next letter of the fee in amount of $91.00 with term of 7/7/15. Through credit I have pay reporter's fee on 7/1/15 early and same day the appeal clerk was filed to First Court of Appeals my notice of appeal in his  version.

You, THANK YOU , have noted the difference between our presentations the notice of appeal), as filing my notice of appeal to trial court by consider this difference.

According the evidences ## 1,2,3;- I, as appellant of 01-15-00522-CV, for the right consider in notices of appeal, providing the continue to finish my case NO1041858, have awarding the First Court of Appeals in amount of $390.00

Sincerely

*Aborisou*
8/14/15

## Ictal chronology and interictal spikes predict perfusion patterns in temporal lobe epilepsy: a multivariate study

..., V.Alexandre, R Guarnieri, R Walz... - Seizure, 2004 - Elsevier
... seizure occurring after completion of tracer injection, and longer clinical than EEG seizure duration had more APP (P=0.003 ... Only secondary and tertiary chronological variables were considered for statistical analysis (see text for details ... 1/F/49, RT, R HA, UIS, −, CPS, RT Hyper, TPP ...
Cited by 6    Related articles    All 6 versions    Cite    Save

## Civil Appeals in Texas: Practicing Under the New Rules of Appellate Procedure

JH Cayce Jr, A Gardner, FH Kyle - Baylor L. Rev., 1997 - HeinOnline
... 21Current TEX. R. APP. P. 25. 9See id. 26. 1. 30See, eg, Linwood v. NCNB Texas, 685 SW2d 102, 102-03 (Tex. 1994) (holding that a party has thirty days from the date a judgment is signed to perfect an appeal). 1997] 877 Page 12. 878 BAYLOR LAWREVIEW [Vol. 49:867 ...
Cited by 28    Related articles    All 2 versions    Cite    Save

## ✓ Practitioner's Review of Civil Appeals under the 1997 Texas Rules of Appellate Procedure, A

RW Simpson - . Mary's LJ, 1997 - HeinOnline ✓
... for the request, objection, or motion with "sufficient specificity to make the trial court aware of the complaint '58 unless the grounds are apparent from the con- text; (2) comply with the requirements of the Texas Rules of Civil Evidence or the Texas Rules of ... 56. See TEX. ...
Cited by 3    Related articles    All 3 versions    Cite    Save

## Modified low molecular weight cyclic peptides as mimetics of BDNF with improved potency, proteolytic stability and transmembrane passage in vitro

JM Fletcher, RA Hughes - Bioorganic & medicinal chemistry, 2009 - Elsevier
... Format; RIS (for EndNote, Reference Manager, ProCite); BibTeX; Text; RefWorks Direct Export; Content; Citation ... of this data point, the maximum observed response for peptide 1 was $37.3 \pm 2.4$ ... 4, Panel C; $R 2 = 0.81$ for Boltzmann sigmoidal curve fitted to normalised combined data ...
Cited by 23    Related articles    All 7 versions    Cite    Save

## Is the federal circuit succeeding? An empirical assessment of judicial performance

RP Wagner, L Petherbridge - University of Pennsylvania Law Review, 2004 - JSTOR
... IP WORLDWIDE, March 13, 2002, at 28, 30 (quotingJudge Samuel Kent of the Southern District of Texas); see also id. ... 95-CV-113 (SD Tex.June 17, 1996))). ... 1887 (1997); John R. Thomas, Of Text, Technique, and the Tangible: Drafting Patent Claims Around Patent Rules, 17J. ...
Cited by 265    Related articles    All 15 versions    Cite    Save    More

## Synthesis of HIV protease inhibitor ABT-378 (Lopinavir)

EJ Stoner, AJ Cooper, DA Dickman... - ... Process Research & ..., 2000 - ACS Publications
... Search text Anywhere Org ... 1720, 1618, 1535, 1320, 1290 cm - 1 . 1 H NMR (400 MHz, d 6 -DMSO): δ 12.40 (br s, 1H), 6.18 (br s, 1H), 4.41 (d, J = 10 Hz, 1H), 3.25 (m, 1H), 3.14 (m, 1H), 3.08 (app dt, 2H), 2.08 (m, 1H), 1.87 (app p, 2H), 0.92 ... 1S-[1R*(R*),3R*,4R ...
Cited by 28    Related articles    Cite    Save

## Longitudinal study of respiratory infection patterns of breeding sows in five farrow-to-finish herds

C Fablet, C Marois, G Kuntz-Simon, N Rose... - Veterinary ..., 2011 - Elsevier
... Format; RIS (for EndNote, Reference Manager, ProCite); BibTeX; Text; RefWorks Direct Export; Content; Citation Only; ... A, 0.6 b (0.0;37.3), 48.0 c (34.6;61.7), 8.4 a (3.6;18.5), 21.6 ... and 95% confidence interval) of M. hyopneumoniae (Mhp), A. pleuropneumoniae (App), P. multocida ...
Cited by 21    Related articles    All 10 versions    Cite    Save

## Habitat requirements and expected distribution of Alaska coral

RL Cimberg, T Gerrodette, K Muzik - Final Report, Research Unit, 1981 - Citeseer
... information. T he following chapter ( C hapter 1 1 ) presentsa review ofcoraltaxonomy , ... (Kinzie 1973, Birkeland 1974), fish (Randall 1967; Clarke 1968), polychaetes (Dr. R. Kinzie, personal communication), starfish and nudibranchs (Sebens, personal communication). ...
Cited by 40    Related articles    All 2 versions    Cite    Save    More

## Court of Appeals

A LOLLAR - 2012 - animaladvocates.us
Page 1. Fax sent by I 3173341332 '3ECOHD*CT*OF*fiPPEfiLS COURT OF APPEALS
Ssnono DISTRICT on TEXAS CHIEF JUSTICE ' TERRIE LIVINGSTON TIM CURRY
CRIMINAL JUSTICE CENTER 40.I BEI.I.ICI~IA_T'.,SUTTT ...
Related articles    All 33 versions    Cite    Save

## Update on the Texas Rules of Appellate Procedure

RW Simpson, B Beckcom - S. Tex. L. Rev., 1999 - HeinOnline
Page 1. Update on the Texas Rules of Appellate Procedure Reagan Wm. Simpson* & Brian
Beckcom** I. Perfecting an Appeal 1041 II. Preventing a Proper Presentation to the Court
of Appeals: a Problem with Broad-Form Jury Questions 1042 III. ...
Related articles    All 3 versions    Cite    Save

## JUVENILE APPEALS

MD Robbins, AP Defender - 2010 - juvenilelaw.org
Page 1. JUVENILE APPEALS Michael D. Robbins Assistant Public Defender 410
South Main Ave., Suite 214 San Antonio, Texas 78204 (210) 335-0701 FAX (210)
335-0707 mrobbins@bexar.org Presented at: Nuts and Bolts ...
Related articles    Cite    Save    More

## Practitioner's Review of Civil Appeals under the 1997 Texas Rules of Appellate Procedure, A

RW Simpson - . Mary's LJ, 1997 - HeinOnline
Page 1. A PRACTITIONER'S REVIEW OF CIVIL APPEALS UNDER THE 1997 TEXAS
RULES OF APPELLATE PROCEDURE REAGAN WM. SIMPSON* I. Trial Court
Preservation of Appellate Complaints .... 599 A. Motion to ...
Cited by 3    Related articles    All 3 versions    Cite    Save

## Family Law: Parent & (and) Child

LB Thomas, AL Vick - SMUL Rev., 2008 - HeinOnline
Page 1. FAMILY LAW: PARENT & CHILD Linda B. Thomas* Ardita L. Vick**
TABLE OF CONTENTS I. INTRODUCTION ..... 819 II. GRANDPARENT'S
ACCESS ..... 820 A. STATUTORY PRESUMPTION ..... 820 ...
Cited by 1    Related articles    All 3 versions    Cite    Save

## Civil Appeals in Texas: Practicing Under the New Rules of Appellate Procedure

JH Cayce Jr, A Gardner, FH Kyle - Baylor L. Rev., 1997 - HeinOnline
Page 1. CIVIL APPEALS IN TEXAS: PRACTICING UNDER THE NEW RULES
OF APPELLATE PROCEDURE John Hill Cayce, Jr.* Anne Gardner Felicia Harris
Kyle- TABLE OF CONTENTS I. INTRODUCTION ..... 872 II. ...
Cited by 28    Related articles    All 2 versions    Cite    Save

## Appellate Practice and Procedure

A Wright, LDH Conway, DJ McComas, HD Bailey - SMUL Rev., 2001 - HeinOnline
Page 1. APPELLATE PRACTICE AND PROCEDURE Alan Wright* LaDawn H. Conway**
Debra J. McComas*** Heather D. Bailey**** I. APPELLATE REVIEW BEFORE FINAL
JUDGMENT A. MANDAMUS 1. Mandamus Relief Available ...
Cited by 1    Related articles    All 3 versions    Cite    Save

## Appellate Practice and Procedure

A Wright, LDH Conway, DJ McComas, HD Bailey - SMUL Rev., 2000 - HeinOnline
Page 1. APPELLATE PRACTICE AND PROCEDURE Alan Wright* LaDawn
H. Conway** Debra J. McComas*** Heather D. Bailey**** TABLE OF
CONTENTS I. INTRODUCTION ..... 619 II. APPELLATE REVIEW ...
Cited by 1    Related articles    All 3 versions    Cite    Save

*3*

About HeinOnline    Blog    Wiki    Contact Us    Log-In

Purchase Short-Term Access to HeinOnline, Prices starting as low as $29.95!!

29 St. Mary's L.J. 595 (1997-1998)
Practitioner's Review of Civil Appeals under the 1997 Texas Rules of Appellate Procedure, A; Simpson, Reagan Wm.





Already a Subscriber?

Login to HeinOnline

What Is HeinOnline?

Learn More About the Law Journal Library [pdf]

We also offer annual subscriptions to universities, colleges, law firms, organizations, and other institutions. To request a quote please visit http://home.heinonline.org/subscriptions/request-a-quote/

Please note: the content in the Law Journal Library is constantly changing and some content has restrictions as required per the license. Therefore, please review the available content via the following link to ensure the material you wish to access is included in the database. For a complete list of content included in the Law Journal Library, please view http://www.heinonline.org/HOL/CSV.csv?index=journals&collection=journals

# A PRACTITIONER'S REVIEW OF CIVIL APPEALS UNDER THE 1997 TEXAS RULES OF APPELLATE PROCEDURE

### REAGAN WM. SIMPSON*

| | | |
|---|---|---|
| I. | Trial Court Preservation of Appellate Complaints .... | 599 |
| | A. Motion to Disregard and for Judgment Notwithstanding the Verdict | 600 |
| | B. Motion for New Trial and Motion to Modify the Judgment | 602 |
| | C. Post-Trial Motions in Nonjury Trials | 607 |
| | D. Findings of Fact and Conclusions of Law | 609 |
| | E. Formal Bill of Exception | 612 |
| II. | Initial Issues on Appeal | 615 |
| III. | Appeals by Indigents | 617 |
| IV. | Perfecting Appeal | 621 |
| | A. Deadlines for Different Appellate Proceedings ... | 621 |
| |   1. Changes in Deadlines Under the New Rules . | 622 |
| |   2. When a Document Is Filed | 623 |
| |   3. Premature Filings | 624 |
| | B. Extensions of Time | 627 |
| |   1. General Provisions | 627 |
| |   2. Extending the Appellate Timetable | 631 |
| |   3. Motions for Extension of Time | 635 |
| |   4. Extending Time—No Notice of Appellate Court Judgment | 637 |

* Reagan Simpson is a partner with the Houston office of Fulbright & Jaworski L.L.P., where he co-heads the firm's Appellate Practice Group. He attended the University of Texas Law School, where he graduated with high honors in 1977. Mr. Simpson then clerked for the Honorable Thomas Gee of the U.S. Court of Appeals for the Fifth Circuit. He is board certified in Civil Appellate Law, Civil Trial Law, and Personal Injury Trial Law by the Texas Board of Legal Specialization. All references and citations in this Review are to the new rules adopted on September 1, 1997, unless specified otherwise. Any references to the former rules will be clearly designated as such. The author expresses appreciation to Professor Marsha Cope Huie, St. Mary's University School of Law, for reviewing a draft of this Review and making editorial suggestions. The author further expresses gratitude for the comments of his colleagues Ben Taylor, Terriann Trostle, and William J. Boyce.

595

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 18 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773

17 AUG 2015 PM 6 1



Christopher A. Prine
Clerk of the Court of Appeals First District
301 Fannin Street  Houston,Texas 77002-2066

7700220 6699

᠁᠁᠁᠁